# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2024-3337
LT Case No. 2022-CP-002092
_____

LAURI LINN PALMER,

    Appellant,

    v.

JAMES RUSSELL SPERRING, as
PERSONAL REPRESENTATIVE of
the ESTATE of JANICE TILKA,

    Appellee.

_____


On appeal from the Circuit Court for Lake County.
James R. Baxley, Judge.

Lauri Linn Palmer, Sault Saint Marie, MI, pro se.

Ashley S. Hunt, and Christi R. Romero, of Hunt Law Firm, P.A.,
Leesburg, for Appellee.

September 30, 2025


PER CURIAM.

    AFFIRMED.

JAY, C.J., and MAKAR and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____